## R. J. BROWN V. J. S. WALLIS.

Decided May 22, 1909.

**Sheriff—Liability for Act of Deputy—Case Followed.**

The act of a deputy sheriff is an official one, for which the sheriff is liable, when it consists in, wrongfully wounding a man in attempting his arrest, under the mistaken belief that he was the person who committed a breach of the peace in the presence of the deputy. King v. Brown, 100 Texas, 109 followed.

Appeal from the District Court of Wichita County. Tried below before the Hon. A. H. Carrigan.

*L. H. Mathis, Wolfe, Hare & Maxey,* for appellant.

*Huff, Barwise & Huff, J. T. Montgomery, R. E. Taylor* and *Allen, Jones & Allen,* for appellee.

SPEER, ASSOCIATE JUSTICE.—This is the second appeal in this case (see 101 S. W., 1068 and 100 Texas, 546), and the third growing out of the same regrettable occurrence. In the companion case of King v. Brown (41 Texas Civ. App., 588) the facts are fully stated, and in that opinion this court indicated its views of the law governing. Later, in a certified question in this case on the former appeal (101 S. W., 1068), these views were somewhat amplified, but the Supreme Court has differed from us on the law points involved (100 Texas, 109), and it is in accordance with the views of that court, rather than our own, that the present appeal must be decided.

The facts developed on the last trial of this case are substantially the same as in the King-Brown case, and the questions of law raised are for the most part disposed of in that opinion. No useful purpose would be served in discussing them in detail.

We believe the last trial was had in accordance with the opinion of the Supreme Court, and the judgment is therefore affirmed.

*Affirmed.*